# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of November, two thousand twenty-six,

Ronda Berens, Dalton Kelly, Dilara Baunach, Elaine Miner, Jessica Grasso, Donna Savoie, Kathy Farrelly,

Plaintiffs - Appellants,

v.

Yale New Haven Health Services Corporation,

Defendant - Appellee.

**STATEMENT OF COSTS**

Docket No. 25-3232

IT IS HEREBY ORDERED that costs are taxed in the amount of $79.50 against the Appellants and in favor of the Appellee.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

Certified copy issued on 11/16/2026